**Bogatz & Associates, P.C.**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
JOHN P. WITUCKI, ESQ.
Nevada Bar No. 10800
3455 Cliff Shadows Parkway
Las Vegas, Nevada 89129
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@isbnv.com
jwitucki@isbnv.com
*Attorneys for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RANDALL W. BLANCHARD, an individual; MARYNN BLANCHARD, an individual; DOES I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:   2:10-cv-00986-MMD-VCF<br><br>Consolidated with cases:<br>2:10-cv-00991<br>2:10-cv-00992<br>2:10-cv-00993<br>2:10-cv-00994 |

### STIPULATION AND ORDER TO DISMISS THE ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Integrated Financial Associates, Inc. ("IFA"), by and through its counsel, the law firm of Bogatz & Associates, P.C., and Defendants Randall W. Blanchard and Marynn Blanchard (the "Blanchards" and together with IFA, the "Parties"), by and through their counsel, the law firm of Snell & Wilmer L.L.P., and pursuant to a certain settlement agreement entered into between the Parties and approved by the Bankruptcy Court in IFA's Chapter 11 bankruptcy case, that the above-captioned case and consolidated cases be dismissed in their entirety with prejudice, and that each Party shall bear its own costs, expenses and attorney fees.

1    IT IS FURTHER STIPULATED AND AGREED that this case shall be closed.

Dated this 8th day of April, 2013

BOGATZ & ASSOCIATES, P.C.

By: __/s/ John P. Witucki, Esq.__
   I. Scott Bogatz, Esq.
   Nevada Bar No. 3367
   John P. Witucki, Esq.
   Nevada Bar No. 10800
   3455 Cliff Shadows Parkway, Suite 110
   Las Vegas, Nevada 89129
   *Attorneys for the Plaintiff*

Dated this 8th day of April, 2013

SNELL & WILMER L.L.P.

By: __/s/ John S. Delikanakis, Esq.__
   John S. Delikanakis, Esq.
   Nevada Bar No. 5928
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV  89169
   Telephone (702) 784-5200
   Facsimile (702) 784-5252
   *Attorneys for the Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: __April 9, 2013_____

BOGATZ & ASSOCIATES, P.C.
3455 Cliff Shadows Parkway, Suite 110
Las Vegas, Nevada 89129
(702) 776-7000 FAX: (702) 776-7900